UNITED STATES of America,
Plaintiff–Appellee,

v.

Derrick Wondell BURCH, a/k/a
Darrick Wondell Burch,
Defendant–Appellant.

No. 12–6774.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 17, 2012.

Decided: Aug. 23, 2012.

Derrick Wondell Burch, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Wondell Burch appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Burch,* No. 2:03–cr–00077–RAJ–JEB–1 (E.D.Va. Apr. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*